**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

Before RADER, SCHALL and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**Daniel E. BOHR, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2006–3408.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2007.

**FOREMOST IN PACKAGING SYSTEMS, INC. (doing business as EnviroCooler), Plaintiff–Appellant,**

v.

**COLD CHAIN TECHNOLOGIES, INC., Defendant–Appellee.**

No. 2007–1116.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2007.

Debra D'Agostino, Passman & Kaplan, P.C., of Washington, DC, argued for petitioner. With her on the brief was Joseph V. Kaplan.

Patrick B. Bryan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.

James C. Brooks, Orrick, Herrington & Sutcliffe LLP, of Los Angeles, CA, argued for plaintiff-appellant. With him on the brief were Hope E. Melville and Mark J. Shean, of Irvine, CA.

Edward R. Schwartz, Christie, Parker & Hale, LLP, of Pasadena, CA, argued for defendant-appellee.